FILED
JAN 11 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1217

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | ORDER |
| RICHARD WALTER ASHTON | ) | |

The Government's motion is hereby granted. The case is dismissed.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

DATE: 1-11-2010